1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL McGRUE,                      )          1:06-CV-01644-OWW-SMS-P
                                          )
12                Plaintiff,             )          ORDER TO SUBMIT APPLICATION TO
                                          )          PROCEED IN FORMA PAUPERIS
13                                        )          **OR** FILING FEE
         vs.                              )
14                                        )
     DR. SHULTZLER, et al.,              )
15                                        )
                                          )
16                Defendants.            )
                                          )
17   _____)

18          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42

19   U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed

20   in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS

21   HEREBY ORDERED that:

22          1. The Clerk's Office shall send to plaintiff the form for application to proceed in

23   forma pauperis.

24          2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit

25

                                              1

1

a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing

2   fee for this action.  Failure to comply with this order will result in a recommendation that this action

3   be dismissed.

4

5   IT IS SO ORDERED.

6   **Dated:   December 7, 2006**                        **/s/ Sandra M. Snyder**
    i0d3h8                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2