# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL McGRUE, | CASE NO. 1:06-cv-01644-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING ORIGINAL AND AMENDED COMPLAINTS FOR LACK OF SIGNATURE |
| v. | |
| SHULTZLER, et al., | (Docs. 1 and 4) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM, AND REQUIRING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |
| _____/ | |

Plaintiff Darryl McGrue ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 14, 2006, plaintiff filed the original complaint in this action and on December 14, 2006, plaintiff filed an amended complaint.  Neither pleading was signed by plaintiff.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; Fed. R. Civ. P. 11(a).

Because plaintiff did not sign either pleading, it is HEREBY ORDERED that:

1.      The original complaint and the amended complaint are STRICKEN from the record;

2.      The Clerk's Office shall send plaintiff a civil rights complaint form;

3.      Within **thirty (30) days** from the date of service of this order, plaintiff shall file a second amended complaint bearing his original signature; and

///

///

1

1        4.      If plaintiff fails to comply with this order, this action will be dismissed, without

2                prejudice, for failure to obey a court order.

3

4    IT IS SO ORDERED.

5    **Dated:      March 29, 2007**                    **/s/ Sandra M. Snyder**
     i0d3h8                                         UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28