1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   DARRYL McGRUE,                              1:06-cv-01644-OWW-SMS PC

12              Plaintiff,                       ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO EXTEND TIME TO FILE
13         vs.                                   FOURTH AMENDED COMPLAINT

14   SHULTZLER, et al.,                          (DOCUMENT #15)

15              Defendants.                      THIRTY DAY DEADLINE

16   _____/

17         On September 28, 2007, plaintiff filed a motion to extend time to file a fourth amended

18   complaint.  Plaintiff's motion is granted and plaintiff has **thirty (30) days** from the date of

19   service of this order in which to file a fourth amended complaint.

20

21   IT IS SO ORDERED.

22   **Dated:   October 15, 2007**              _____/s/ Sandra M. Snyder_____
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28