# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL McGRUE,<br><br>        Plaintiff,<br><br>    v.<br><br>SHULTZLER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01644-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 17 and 18)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

        Plaintiff Darryl McGrue ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On May 19, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within fifteen days.[1] Plaintiff did not file an Objection.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The United States Postal Service returned the Findings and Recommendations on May 29, 2008, as undeliverable. Plaintiff has not notified the Court of any change in his address, and absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 19, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's fourth amended complaint, filed October 23, 2007, against Defendant Benton for violation of the Eighth Amendment;
3. Plaintiff's other medical care claims, his due process claim, and his equal protection claims are dismissed, with prejudice, for failure to state a claim;
4. Defendants Coleman, Pratt, Shultler, English, and Mendes are dismissed for failure to state a claim upon which relief may be granted against them; and
5. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   June 12, 2008**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE