# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL McGRUE,<br><br>        Plaintiff,<br><br>    v.<br><br>SHULTZLER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01644-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF FOURTH AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 17) |

        Plaintiff Darryl McGrue ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 14, 2006. The court screened plaintiff's fourth amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendant Benton for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendant:

**S. BENTON, RECREATIONAL THERAPIST**

///

///

---

[1] On June 13, 2008, plaintiff's other medical care claims, his due process claim, and his equal protection claims were dismissed, with prejudice, for failure to state a claim; and Defendants Coleman, Pratt, Shultler, English, and Mendes were dismissed for failure to state a claim upon which relief may be granted against them.

1

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the fourth amended complaint filed October 23, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;
   b. One completed USM-285 form for each defendant listed above; and
   c. Two (2) copies of the endorsed fourth amended complaint filed October 23, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 18, 2008**                          /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE