# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL McGRUE,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHULTZLER, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:06-cv-01644-OWW-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 23) |

Plaintiff Darryl McGrue ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 21, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within eleven days.[1] Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

---

[1] The United States Postal Service returned the Findings and Recommendations on August 29, 2008, as undeliverable. A notation on the envelope indicates Plaintiff is deceased. However, no formal suggestion of death on the record has been made, Fed. R. Civ. P. 25.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 21, 2008, is adopted in full; and

2. This action is dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

**Dated:**   **September 19, 2008**        **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE